## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | **Chapter 7** |
| **EILEEN R. RAMEY,** | ) | |
| | ) | **06 B 07205** |
| Debtor . | ) | |
| | ) | |
| | ) | **Honorable John D. Schwartz** |

## ORDER AND NOTICE

**IT IS ORDERED AND NOTICE IS HEREBY GIVEN** that on the Court's own

Motion, a status hearing will be held in the above referenced case on June 11, 2008 at 10:00 a.m.,

in Courtroom 719, at 219 South Dearborn Street, Chicago, Illinois. David P. Leibowitz, Trustee,

is directed to appear and inform the Court as to when he expects to file a final report in this asset

case.

DATED: May 19, 2008                    ENTERED:

John D. Schwartz
United States Bankruptcy Judge